# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT

I, Katelin J. Ehrhardt, being duly sworn, state that the following is true to the best of my knowledge, information, and belief:

**Introduction and Agent Background:**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2021. I am currently assigned to the Lakeville Resident Agency within the Boston Division in Lakeville, Massachusetts. My duties involve the investigation of a variety of federal criminal offenses, to include bank robbery offenses. Prior to my employment with the FBI, I served as a police officer with the Metropolitan Nashville Police Department ("MNPD") in Nashville, Tennessee for approximately five years. While employed by MNPD, I participated in various investigations as a patrol officer and as a detective assigned to the Community Field Intelligence Team.

2. I am aware that Title 18 of the United States Code, Section 2113(a) makes it a crime for anyone to use force and violence, or intimidation, to take money belonging to or in the care, custody, control, management, or possession of any Federally insured financial institution. I make this affidavit in support of a criminal complaint and arrest warrant charging William SEQUEIRA ("SEQUEIRA"), date of birth: XX/XX/1963, with the robbery of the TD Bank, located at 1 Union Street, Boston, Massachusetts, which occurred on September 30, 2022, and with the attempted robbery of the Citizens Bank, located at 426 Boylston Street in Boston, Massachusetts, which occurred on October 5, 2022.

3. On the date of the robbery, the funds of this TD Bank branch were insured with the Federal Deposit Insurance Corporation ("FDIC").

4. On the date of the attempted robbery, the funds of this Citizens Bank branch were insured with the Federal Deposit Insurance Corporation ("FDIC").

5. The statements in this Affidavit are based on my own involvement in the investigation, and my observations; information provided by other FBI Special Agents and analysts and other law enforcement officers; information obtained from other individuals; my review of records; and my training and background as a Special Agent with the FBI. Where statements of others are set forth in this affidavit, they are set forth in sum and substance and are not intended to be a verbatim record of those statements. This affidavit is intended to show merely that there is probable cause to secure a criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## September 30, 2022, Bank Robbery

6. On Friday, September 30, 2022, at approximately 3:15pm, the Boston Police Department responded to the TD Bank branch located at 1 Union Street, Boston, Massachusetts, for a report of a hold-up alarm. Responding officers determined that a white male ("the Robber") entered the bank and approached the victim teller. The Robber told the teller words to the effect, "give me all the $100s in the drawer" and "give me all the money before I blow your brains out." The victim teller provided the Robber with $854.00 of U.S. currency and he exited the bank and fled on foot.

7. Bank surveillance cameras were functioning and operating on the date of the robbery. The cameras captured images of the robbery and show that the Robber was a white male with a heavy build, in his 50s, with dark colored eyebrows and dark eyes. The Robber

was wearing a blue medical facemask, black beanie, a dark colored hoodie with a dark colored jacket, black pants, and black sneakers with white soles.

### Identification and Arrest of SEQUEIRA

8. Following the robbery, investigators distributed surveillance video still images to members of state and local law enforcement in an effort to identify the Robber.

9. Based upon the still images, Fall River police officer Eric Pacheco believed the images to depict SEQUEIRA. Pacheco also related to investigators the details of a consensual encounter he had with SEQUEIRA on December 31, 2020. During this encounter, SEQUEIRA mentioned to Officer Pacheco that he was the bank robber upon whom the film, "The Town," was based. SEQUEIRA also volunteered the fact that he worked at Nasiff Fruit in Fall River, Massachusetts.

10. On October 5, 2022, Fall River Police Department Detective Luis VERTENTES interviewed Steven NASIFF, SEQUEIRA's employer at Nasiff Fruit Company. NASIFF positively identified SEQUEIRA as the individual depicted in still photos of the Robber from the TD Bank robbery. NASIFF further informed Detective VERTENTES that he would advise the detective if SEQUEIRA contacted him.

11. Not long after, NASIFF called Detective VERTENTES to inform him that he had spoken with SEQUEIRA on the phone and that the conversation led him to believe SEQUEIRA was currently on an Amtrak train enroute to Boston.

### October 5, 2022, Attempted Bank Robbery

12. On October 5, 2022, your affiant, and members of the FBI's Violent Crimes Task Force (VCTF) conducted surveillance in the vicinity of the Back Bay and Faneuil Hall areas of Boston, Massachusetts, in an effort to locate SEQUEIRA. During the surveillance,

SEQUEIRA was spotted in the vicinity of the Citizens Bank, located at 426 Boylston Street in Boston, Massachusetts. SEQUEIRA was observed entering the bank and overheard by a police detective already on scene, just feet away from SEQUEIRA, as SEQUEIRA stated to the teller words to the effect, "Give me hundreds." The police detective also overheard SEQUEIRA threaten that he would put a bullet in the tellers' heads if they did not move fast enough. SEQUEIRA was apprehended immediately by the FBI Boston VCTF. After his arrest, SEQUEIRA was taken into custody by Boston Police Department and transported to Boston Police District D4 for processing and to be interviewed.

13. SEQUEIRA was read his Miranda Rights, agreed to waive those rights, and further agreed to be interviewed by Boston Police and Fall River Police detectives. During the interview, which was audio and video recorded, SEQUEIRA admitted to robbing several banks in Boston and Fall River, including the TD Bank branch located at 1 Union Street, Boston, Massachusetts on September 30, 2022.

14. The FBI's Violent Crimes Task Force (VCTF) had reason to believe SEQUEIRA was responsible for several other bank robberies during this same period of time. These additional incidents included a bank robbery at Citizens Bank located at 501 Rodman Street, Fall River, Massachusetts on September 26, 2022, a bank robbery that occurred at a Santander branch located at 209 Berkely Street, Boston, Massachusetts on September 27, 2022, and a bank robbery that occurred at a M&T Bank branch located at 425 Boylston Street, Boston, Massachusetts on September 28, 2022. In these robberies, a similar method was used to rob the banks, the Robber was of a similar appearance, and, appeared to be wearing similar clothing.

15. SEQUEIRA was shown surveillance images of the Robber from all of these incidents and admitted that he was the individual depicted in the images from all four bank robberies. SEQUEIRA also admitted that at the time of his arrest on October 5, 2022, he was attempting to rob the Citizens Bank.

### Conclusion:

16. Based on the foregoing, I submit there is probable cause to believe that on September 30, 2022 and October 5, 2022, WILLIAM SEQUEIRA, by force and violence, and by intimidation, took and attempted to take from the person and presence of another, money in the care, custody, control, management and possession of TD Bank and Citizens Bank, both banks are federally insured by the FDIC, in violation of Title 18 United States Code, Section 2113(a). I therefore respectfully request that the Court issue a complaint charging WILLIAM SEQUEIRA in violation of 18 U.S.C. § 2113, for the bank robbery on September 30, 2022, and the attempted bank robbery on October 5, 2022, and that a warrant issue for WILLIAM SEQUEIRA's arrest.

_____
Katelin J. Ehrhardt, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically in accordance with Fed. R. Crim. P. 4.1 on this **Nov 18, 2022** date of November 2022.

_____
HONORABLE JUDITH G. DEIN
United States Magistrate Judge